# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the Roofers Local No 96
Fringe Benefit Funds and the Trustees of
the National Roofing Industry Pension Plan,

Plaintiffs,

Case No. Civil 01-2037 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

TGC Services, Inc., a Minnesota corporation

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED 1. That Deft is in default, and Pltfs are entitled to judgment against Deft for delinquent fringe benefit contribution payments, liquidated damages, audit fees, attorney fees, and costs in the amount of $225.00. 2. Pltfs' motion for injunctive relief is granted under the terms set forth in the attached Injunction, and Pltfs are not required to provide security under Federal Rule 65(c). 3. Upon completion of the fringe benefit compliance audit of Deft's books and records, Pltfs' attorney shall file an affidavit stating the amount of delinquent fringe benefit contributions, interest, liquidated damages, and audit fees. Upon the Court's approval of Pltfs' attorney's affidavit, the Clerk of Court shall enter judgment against deft in the amount stated in the affidavit.**

DATE: March 15, 2002

RICHARD SLETTEN , CLERK

9

E. Knoblauch

E. Knoblauch, Deputy Clerk