**ORIGINAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Roofers Local No. 96 Fringe Benefit Funds and the Trustees of the National Roofing Industry Pension Plan,

Plaintiffs,

vs.

TGC Services, Inc., a Minnesota corporation,

Defendant.

Civil File No. 0:01-CV-2037 MJD/RLE

**ORDER FOR JUDGMENT**

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant, and consistent with this Court's Order dated February 22, 2002.

Based upon the Court's Order dated February 22, 2002, the Affidavit of Stephen Kelly, the Affidavit of Andrew E. Staab and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant, in the amount of $109,951.54.

Dated: May 28, 2002

Michael J. Davis
United States District Judge

FILED MAY 2_ '02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 29 '02
DEPUTY CLERK