# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the Roofers Local No. 96
Fringe Benefit Funds and the Trustees of
the National Roofing Industry Pension Plan,
Plaintiffs,

Case No. Civil 01-2037 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

TGC Services, Inc., a Minnesota corporation,

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant, in the amount of $109,951.54.**

DATE: May 29, 2002

RICHARD SLETTEN , CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk